UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AGNES FLIONIS,<br><br>      Plaintiff,<br><br>v.<br><br>IT COSMETICS, LLC AND<br>L'OREAL USA CREATIVE, INC.,<br><br>      Defendants. | Civil Action No. |

## NOTICE OF REMOVAL

Defendants L'Oreal USA Creative, Inc.[1] and It Cosmetics, LLC[2] ("Defendants") file this Notice of Removal in accordance with 28 U.S.C. §§ 1332, 1441, and 1446 and hereby remove this action from Middlesex County Superior Court (the "Superior Court") to the United States District Court for the District of Massachusetts. As its reasons for removal, Defendants state as follows:

1. On or about December 18, 2017, Plaintiff Agnes Flionis filed a lawsuit in the Superior Court of Middlesex County entitled <u>Agnes Flionis v. It Cosmetics, LLC and L'Oreal USA Creative, Inc.</u>, Civil Action No. 1781cv03706 (the "State Court Action").

2. Defendant It Cosmetics, LLC was served with a copy of the Summons and Complaint and Civil Action Cover Sheet on an unknown date subsequent to January 15, 2018.

3. Defendant L'Oreal USA Creative, Inc. has not been served with a copy of the Summons and Complaint and Civil Action Cover Sheet, but consents to this removal.

4. Therefore, this Notice of Removal is timely. See 28 U.S.C. § 1446(b).

---

[1] L'Oreal USA Creative, Inc. is incorrectly named as a defendant in this action. L'Oreal USA Creative, Inc. is a wholly owned subsidiary of L'Oreal USA, Inc. that does not employee any employees.
[2] It Cosmetics, LLC is incorrectly named as a defendant in this action. It Cosmetics, LLC is a wholly owned subsidiary of L'Oreal USA, Inc. that does not employee any employees.

5.      This Court has diversity jurisdiction over the State Court Action pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

6.      Plaintiff is a current resident of Watertown, Middlesex County, Massachusetts. Compl. ¶ 1.

7.      Both at the time this lawsuit was filed and at the time of removal, Defendant L'Oreal USA Creative, Inc. was a corporation organized and existing under the laws of the State of Delaware, with a principal place of business in New York.

8.      Both at the time this lawsuit was filed and at the time of removal, Defendant It Cosmetics, LLC was a corporation organized and existing under the laws of the State of Delaware with a principal place of business in Jersey City, New Jersey.

9.      In her Complaint, Plaintiff claims that she was misclassified as an independent contractor under Massachusetts law, and therefore owed wages and benefits under M.G.L. c. 149, §§ 148B and 150 (Count I). Compl. ¶¶ 8-12.

10.     Plaintiff seeks recovery of compensatory damages for lost wages and various benefits. Plaintiff also seeks treble damages under M.G.L. c. 149 §150, as well as costs and attorneys' fees. Compl. ¶ 12 and p. 2.

11.     In light of Plaintiff's claimed damages, mandatory treble damages, and statutory entitlement to attorneys' fees, there is more than a reasonable probability that the amount in controversy in this case exceeds $75,000.00, exclusive of interests and costs. Accordingly, this Court has jurisdiction over the State Court Action pursuant to 28 U.S.C. § 1332(a).

12.     Attached hereto as <u>Exhibit A</u> is true and correct copy of all process and pleadings served on Defendant in the Pending Action. <u>See</u> 28 U.S.C. § 1446(a).

13. The Pending Action is properly removed to this Court under 28 U.S.C. §§ 1441 and 1446 because it is pending in Middlesex, Massachusetts, which lies within this District.

14. A true and complete copy of this Notice of Removal has been served this day, together with the Notice of Filing of Notice of Removal, by overnight delivery upon the Clerk of the Middlesex County Superior Court for filing in accordance with 28 U.S.C. § 1446(d). A copy of the Notice of Filing of Notice of Removal is attached hereto as <u>Exhibit B</u>.

Respectfully submitted,

IT COSMETICS, LLC, and
L'OREAL USA CREATIVE, INC.,

By their attorneys,

/s/ Michael Mankes
Michael Mankes (BBO No. 662127)
LITTLER MENDELSON, P.C.
One International Place, Suite 2700
Boston, MA 02110
(617) 378-6000 (t)
(617) 737-0052 (f)
mmankes@littler.com

Dated: February 9, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February 2018, a true and accurate copy of the foregoing Notice of Removal was filed electronically through the Court's CM/ECF system, is available for viewing and downloading from the ECF system, will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants identified on the Notice of Electronic Filing, as well as via first class mail upon counsel of record for the Plaintiff:

Robert A. DiSorbo
James E. Neyman & Associates, P.C.
76 Canal Street, 4th Floor
Boston, MA  02114

/s/ Michael Mankes
Michael Mankes

Firmwide:152770447.1 054993.1105