# JAMES E. NEYMAN & ASSOCIATES, P.C.
## ATTORNEYS AT LAW
76 Canal Street, Suite 402
Boston, MA 02114
(617) 723-2627
Facsimile (617) 723-2608
www.neymanandassociates.com

James E. Neyman, Esq.
james@neymanandassociates.com

January 1?, 2018

It Cosmetics LLC
111 Town Square Place
Jersey City, NJ, 07310

RE:   Plaintiff:      **Agnes Flionis**
      Defendants:   **IT Cosmetics, LLC and L'oreal USA Creative, Inc.**
      **Middlesex Superior C.A. No.: 1781CV03706**

Dear Sir/ Madam:

You are hereby served with the enclosed Summons, Complaint & Demand for Trial by Jury, and Civil Action Cover Sheet in connection with the above referenced case.

You are required to respond to these papers within twenty days from receipt.

Please read these documents carefully and contact your attorney or other legal representative for assistance.

Sincerely,

James E. Neyman

**Enclosures**

# Commonwealth of Massachusetts

MIDDLESEX, SS.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. 1781CV03706

Agnes Flionis, PLAINTIFFS(S),

v.

IT Cosmetics, LLC and L'oreal USA creative, Inc, DEFENDANT(S)

## SUMMONS

THIS SUMMONS IS DIRECTED TO IT Cosmetics, LLC, 111 Town Square Place, Jersey City, NJ 07310 . (Defendant's name)

You are being sued. The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the Middlesex Superior Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.** If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

2. **How to Respond.** To respond to this lawsuit, you must file a written response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

   a. Filing your **signed original** response with the Clerk's Office for Civil Business, Middlesex Court, 200 Trade Center, Woburn, MA 01801 (address), by mail or in person, **AND**

   b. Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address: 76 Canal Street, Boston, MA 02114.

3. **What to include in your response.** An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Answer or in a written demand for a jury trial that you must send to the other side and file with the court no more than 10 days after sending your Answer. You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint in legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12.** If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at www.mass.gov.courts/case-legal-res/rules of court.

| CIVIL ACTION COVER SHEET | DOCKET NUMBER 1781CV03706 | Trial Court of Massachusetts The Superior Court |
|---|---|---|

**PLAINTIFF(S):** Agnes Flionis
**ADDRESS:** 137 Hillside Rd, Watertown, MA, 02472

**COUNTY:** Middlesex

**DEFENDANT(S):** It Cosmetics, LLC; L'Oreal Creative, Inc.

**ATTORNEY:** Robert A. DiSorbo
**ADDRESS:** 76 Canal St., Ste. 402, Boston, MA 02114

**ADDRESS:** 111 Town Sq. Pl., Jersey City, NJ 07310; 10 Hudson Yds, New York, NY 10001

**BBO:** 699357

### TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)

**CODE NO.:** A01
**TYPE OF ACTION:** Wage Act Violation/Claim (Labor)
**TRACK:** F
**HAS A JURY CLAIM BEEN MADE?** ☒ YES  ☐ NO

### STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(attach additional sheets as necessary)

A. Documented medical expenses to date:
  1. Total hospital expenses ............ $
  2. Total doctor expenses ............ $
  3. Total chiropractic expenses ............ $
  4. Total physical therapy expenses ............ $
  5. Total other expenses (describe below) ............ $
  Subtotal (A): $

B. Documented lost wages and compensation to date ............ $
C. Documented property damages to dated ............ $
D. Reasonably anticipated future medical and hospital expenses ............ $
E. Reasonably anticipated lost wages ............ $ 25,000+
F. Other documented items of damages (describe below) ............ $

G. Briefly describe plaintiff's injury, including the nature and extent of injury:
Lost wages & benefits deriving from misclassification as independent contractor, as opposed to proper classification as employee

**TOTAL (A-F):** $ 25,000+

**CONTRACT CLAIMS**
(attach additional sheets as necessary)

Provide a detailed description of claims(s):

**TOTAL:** $ 25,000+

Signature of Attorney/Pro Se Plaintiff: X [signature]
Date: 12/14/17

**RELATED ACTIONS:** Please provide the case number, case name, and county of any related actions pending in the Superior Court.

### CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X [signature]
Date: 12/14/17

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.  
SUPERIOR COURT

TRIAL COURT DEPARTMENT  
DOCKET NO. 1781CV03706

AGNES FLIONIS )
v. )
IT COSMETICS, LLC & )
L'OREAL USA CREATIVE, INC. )

## PLAINTIFF'S COMPLAINT AND DEMAND FOR TRIAL BY JURY

### PARTIES

1. Plaintiff Agnes Flionis lives at 137 Hillside Road, Watertown, Middlesex County, Massachusetts 02472.

2. Defendant It Cosmetics LLC ("It Cosmetics") is a Delaware company with a principal office at 111 Town Square Place, Jersey City, NJ, 07310.

3. Defendant L'Oreal Creative, Inc. ("L'Oreal") is a Delaware company with a principal office at 10 Hudson Yards, New York, NY 10001.

### FACTS

4. Defendants employed Plaintiff from March 2013 through March 2017. It Cosmetics employed plaintiff when it was purchased by Defendant L'Oreal Creative LLC in 2016.

5. Defendants sell cosmetics to consumers, primarily from kiosks located in national chain cosmetic retailers, such as Ulta and Sephora.

6. Plaintiff worked at a kiosk demonstrating products and selling them to customers.

7. Plaintiff worked at a variety of locations in Massachusetts, under the close supervision of Defendants' management, who controlled and directed the manner in which she performed her work.

8. Plaintiff was misclassified as an independent contractor, as a result she did not receive the same wages and benefits she would have received if she were correctly classified as an employee, including vacation pay, holiday, employee contributions to a health insurance plan, and other benefits.

1

9. Plaintiff has filed a complaint relating to the matter with the Massachusetts Attorney General, who has provided written permission for Plaintiff to pursue a private cause of action pursuant to G.L. c. 149, §150.

### COUNT I

### VIOLATION OF MASSACHUSETTS WAGE ACT
(G.L. c. 149, §148B and §150)

10. The foregoing paragraphs are hereby re-alleged and incorporated in this cause of action.

11. Defendants violated the Mass. Independent Contractor Law, G.L. c. 149 §148B, by misclassifying Plaintiff as an independent contractor.

12. Defendants failure to comply with G.L. c. 149 §148B entitles Plaintiff to recover treble damages, interest, reasonable attorney's fees and costs per G.L. c. 149 §150.

WHEREFORE, Plaintiff requests that the Court:
1. Award liquidated damages of three time the amount of any lost wages and/or benefits;
2. Award reasonable attorney's fee and costs;
3. Such other relief as the Court deems equitable and just.

### PLAINTIFF REQUESTS TRIAL BY JURY

Respectfully submitted,

Robert A. DiSorbo (BBO#699357)
James E. Neyman & Associates, P.C.
76 Canal Street, 4th Floor
Boston MA 02114
rdisorbo@neymanandassociates.com
t. 617-723-2627

Dated: 12/14/2017